| | | | |
|---|---|---|---|
| Case No. | **ED CV17-2151-TJH(KKx)** | Date | OCTOBER 31, 2017 |

| | |
|---|---|
| Title | PREEMINENT INVESTMENT CORPORATION v. JAI DIXON, ET AL., |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of Plaintiff's motion to remand to State Court, filed on October 30, 2017 [6] and currently set for hearing on November 27, 2017, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on November 27, 2017.

IT IS SO ORDERED.

cc: all parties