# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| PREEMINENT INVESTMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> JAI DIXON, <br><br> Defendant. | CV 17-02151 TJH (KKx) <br><br> Order <br><br> JS-6 |

The Court has considered Plaintiff's motion to remand, together with the moving papers and Defendant's failure to oppose.

It is Ordered that the motion to remand be, and hereby is, Granted.

Date: December 13, 2017

_____
Terry J. Hatter, Jr.
Senior United States District Judge